**IN THE UNITED STATES DISTRICT**
**FOR THE DISTRICT OF MARYLAND**

ORIGINAL

I.C. Isaacs & Company, Inc.
_____

**Plaintiff(s)**

vs.

Seattle Pacific Industries, Inc.
_____

**Defendant(s)**

Civil Action No. CCB-00-CV-485

✓ FEE PAID

____ FEE NOT PAID
       (SEND LETTER)

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

MAR 28 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          BY _____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Charles R. Bacharach__ Esquire a member of the Bar of this court, moves the admission of __Heather Danzig__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Seattle Pacific Industries, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____

   __New York and New Jersey__

and/or the following United States Court(s): _____


2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____
                    n/a

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

APR 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          BY _____ DEPUTY

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT**

Revised 6/98



4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: Charles R. Bacharach, Esq. | PROPOSED ADMITTEE: Heather Danzig, Esq. |
|---|---|
| *[signature]* | *[signature]* |
| **Signature** | **Signature** |
| Gordon Feinblatt Rothman Hoffberg & Hollander LLC | Stroock & Stroock & Lavan LLP |
| **Address** | **Address** |
| 233 E. Redwood Street<br>Baltimore MD  21202 | 180 Maiden Lane<br>New York, NY  10038-4982 |
| 410-576-4169 | 212-806-6675 |
| **Office phone number** | **Office phone number** |
| 410-576-4246 | 212-806-6006 |
| **Fax number** | **Fax number** |
| 06751 | |
| **Md. U. S. District Court Number** | |

## ORDER

Motion \_\_✓\_\_ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

4/3/2000                                                    *[signature]*
_____                                   _____
Dated                                                       Judge, U. S. District Court