# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

 ORIGINAL

I.C. Isaacs & Company, Inc.

**Plaintiff(s)**

vs.

Seattle Pacific Industries, Inc.

**Defendant(s)**

Civil Action No. CCB-00-CV-485

___✓___ FEE PAID

_____ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____Charles R. Bacharach_____ **Esquire**

a member of the Bar of this court, moves the admission of _____Laura E. Goldbard_____ **Esquire** to

appear pro hac vice in the captioned proceeding as counsel for _____Seattle Pacific Industries, Inc._____

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _____New York_____

and/or the following United States Court(s): _____The United States District Court for the Southern District of New York and the United States Courts of Appeals for the Federal, Seventh, Fourth and Eleventh Circuits_____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court ___0___ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: ___n/a___

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT**

Revised 6/98





4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____, Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: Charles R. Bacharach, Esq.

_____
Signature
Gordon Feinblatt Rothman Hoffberger
 & Hollander LLC
**Address**
233 E. Redwood Street
Baltimore MD 21202

_____
410-576-4169
Office phone number

_____
410-576-4246
Fax number

06751
_____
Md. U. S. District Court Number

PROPOSED ADMITTEE: Laura E. Goldbard, Esq.

_____
Signature
Stroock & Stroock & Lavan LLP

**Address**
180 Maiden Lane
New York, NY   10038-4982

_____
212-806-6675
Office phone number

_____
212-806-6006
Fax number

## ORDER

Motion _____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____
4/3/2000
Dated

_____
Judge, U. S. District Court