IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

I.C. Isaacs & Company, Inc.

                    **Plaintiff(s)**

            vs.                          **Civil Action No.** CCB-00-CV-485

Seattle Pacific Industries, Inc.

                                                    FEE PAID

                    **Defendant(s)**                FEE NOT PAID
                                                    SEND LETTER

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _Charles R. Bacharach_ **Esquire**

a member of the Bar of this court, moves the admission of _Steven B. Pokotilow_ **Esquire** to

appear pro hac vice in the captioned proceeding as counsel for _Seattle Pacific Industries, Inc._

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _New York_

and/or the following United States Court(s): _United States District Court for the Southern and_
_Eastern District of New York; United States Court of Appeals for the Federal, Second,_
_Third and Seventh Circuits; Supreme Court of the United States_

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court ___0___ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: ___n/a___

**EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO**
**CLERK, U. S. DISTRICT COURT**

                                                    MAY - 2 2000

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____, Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:  Charles R. Bacharach, Esq.

_____
Signature
Gordon Feinblatt Rothman Hoffberger
 & Hollander LLC
**Address**
233 E. Redwood Street
Baltimore MD 21202

410-576-4169
**Office phone number**

410-576-4246
**Fax number**

_____06751_____
Md. U. S. District Court Number


PROPOSED ADMITTEE: Steven B. Pokotilow, Esq.

_____
Signature
Stroock & Stroock & Lavan LLP
**Address**
180 Maiden Lane
New York, NY  10038-4982

212-806-6662
**Office phone number**

212-806-6006
**Fax number**


## ORDER

Motion _____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____5/2/2000_____
**Dated**

_____
**Judge, U. S. District Court**