

**PIPER MARBURY RUDNICK & WOLFE** LLP

6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.piperrudnick.com

PHONE  (410) 580-3000
FAX      (410) 580-3001

WRITER'S INFORMATION

jeffrey_gordon@piperrudnick.com
PHONE  (410) 580-4162
FAX      (410) 580-3794

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 24  P 3:51

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

July 21, 2000

RECEIVED IN THE OFFICE OF
CAT_____ _ _ _KE

JUL 2 4 2000

UNITED STATES DISTRICT JUDGE

FACSIMILE/U.S. MAIL

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201

    Re:    <u>I.C. Isaacs & Company v. Seattle Pacific Industries, Inc.</u>
             Civil Action No. CCB00 CV485

Dear Judge Blake:

    Counsel in the above-referenced matter have conferred regarding the Court's Scheduling Order and respectfully request the following modifications.

    The parties have cooperated in written discovery and have worked to schedule depositions; however, the conflicting summer schedules of counsel and the deponents have created some problems in scheduling. Currently, the parties have scheduled a deposition for August 9, 2000 and five additional depositions have been tentatively scheduled during the month of September. Some of the depositions tentatively scheduled in September, however, fall outside the current discovery deadline of September 11, 2000. In addition, the parties still need to take the depositions of more fact witnesses and expert witnesses in this case.

    In order to facilitate completion of discovery, the parties jointly request that the discovery deadline be extended 60 days. In addition, the parties request that the remaining dates for Rule 26(a)(2) expert disclosures and Rule 26(e)(2) supplemental disclosures be extended 30 days.

CHICAGO  |  BALTIMORE  |  WASHINGTON  |  NEW YORK  |  PHILADELPHIA  |  TAMPA  |  DALLAS  |  RESTON



PIPER
MARBURY
RUDNICK
& WOLFE LLP

The Honorable Catherine C. Blake
July 21, 2000
Page 2

Accordingly, the parties jointly request that Your Honor modify the Scheduling Order as follows:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures | August 28, 2000 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | September 11, 2000 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 18, 2000 |
| Discovery deadline; submission of status report | November 10, 2000 |

Thank you for your consideration of this matter.

Respectfully submitted,

Jeffrey E. Gordon

JEG/kf

cc: Laura Goldbard, Esquire (via facsimile)
    Charles R. Bacharach, Esquire (via facsimile)

*Approved*
Catherine C. Blake
USDJ  7-24-00

Balt1:293460:1:7/21/00
12898-24