UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 31  A 11: 09

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

I.C. ISAACS & COMPANY, INC.,              )
                                          )
    *Plaintiff/Counterclaim-Defendant*,       )
                                          )
v.                                        )     Civil Action No. CCB00 CV 485
                                          )
SEATTLE PACIFIC INDUSTRIES, INC.,         )
  d/b/a UNIONBAY SPORTSWEAR,               )
                                          )
    *Defendant/Counterclaim-Plaintiff*.     )
                                          )

## ORDER

Upon consideration of the Motion for Withdrawal of Appearance of Charles R.

Bacharach, Jerrold A. Thrope, Gordon Feinblatt Rothman Hoffberger & Hollander LLC,  Laura

E. Goldbard, Steven B. Pokotilow, Heather L. Danzig, and Stroock & Stroock & Lavan LLP as

counsel for defendant/counterclaim-plaintiff Seattle Pacific Industries, Inc., it is this _31st_ day

of _____, hereby

ØRDERED that the Motion is GRANTED.

_____
Catherine C. Blake
United States District Judge