

**PIPER MARBURY RUDNICK & WOLFE** LLP

6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.piperrudnick.com

PHONE (410) 580-3000
FAX (410) 580-3001

WRITER'S INFORMATION

jeffrey.gordon@piperrudnick.com
PHONE (410) 580-4162

September 4, 2001

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

SEP 0 5 2001

UNITED STATES DISTRICT JUDGE

FACSIMILE AND REGULAR MAIL

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
131 U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    I.C. Isaacs & Co. v. Seattle Pacific Industries, Inc.
              Civil Action No. CCB00 CV 485

Dear Judge Blake:

    Counsel have conferred and submit this joint status report and request for modification of the current Scheduling Order (dated June 7, 2001).

    Since the parties last reported to the Court, they have continued the discussions regarding a possible settlement of this matter that have been described in our prior reports to the Court. The parties have engaged in substantive settlement discussions and have exchanged drafts of a Settlement Agreement. To date, the parties have been unable to agree on a few provisions of that agreement, but are making final attempts this week to resolve the outstanding issues.

    To enable settlement discussions to continue, the parties jointly request that the deadline to submit an additional status report to the Court be extended to and including September 10, 2001.

Approved
[signature] C. Blake
9-5-01

CHICAGO | BALTIMORE | WASHINGTON | NEW YORK | PHILADELPHIA | TAMPA | DALLAS | RESTON



The Honorable Catherine C. Blake
September 4, 2001
Page 2

Thank you very much for your consideration of this matter.

Respectfully submitted,

Jeffrey E. Gordon

JEG/kf

cc:    Robert J. Shaughnessy, Esquire (via facsimile)
       William J. Murphy, Esquire (via facsimile)
       Robert J. Mathias, Esquire

Balt1:360637:1:09/04/2001
12898-24